349 A.2d 911

**COMMONWEALTH of Pennsylvania**

v.

**Edward BROWN, a/k/a Richard Goodwin,
Appellant.**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

John Rogers Carroll, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.

ROBERTS, J., filed a concurring opinion.

## CONCURRING OPINION

ROBERTS, J.

The sole issue presented in this direct appeal is the sufficiency of the evidence to support a verdict of murder in the first degree. Because the evidence supports a finding of felony murder, I agree that the conviction should be affirmed.